William R. BENNETT et al., Plaintiffs-Appellees,

v.

BEHRING CORPORATION, a Delaware Corporation, Defendant-Appellant.

No. 74–3055.

United States Court of Appeals, Fifth Circuit.

Jan. 16, 1976.

Robert H. Moriner, Fort Lauderdale, Fla., G. A. Haddad, Miami, Fla., Buck, Moriner & Carlan, Fort Lauderdale, Fla., for defendant-appellant.

Jon Krupnick, Fort Lauderdale, Fla., for plaintiffs-appellees.

Before WISDOM, GEWIN and AINSWORTH, Circuit Judges.

PER CURIAM:

Appellant Behring Corporation, a real estate developer, appeals from an order of the district court granting class action certification under certain counts of a complaint against it, and defining the appropriate class and subclass. The district court denied appellant's motion for certification pursuant to 28 U.S.C. § 1292(b), and appellant now seeks to appeal under 28 U.S.C. § 1291.

We have carefully considered the briefs, record, and contentions of the parties on oral argument. It is our conclusion that the order entered by the district court is not a final appealable order under § 1291 and that the appeal should be dismissed. *See, e. g., Blackie v. Barrack,* 524 F.2d 891 (9th Cir. 1975); *Seiffer v. Topsy's International, Inc.,* 520 F.2d 795 (10th Cir. 1974); *In re Cessna Aircraft Distributorship Antitrust Litigation, White Industries, Inc. v. Cessna Aircraft Co.,* 518 F.2d 213 (8th Cir. 1975); *General Motors Corp. v. City of New York,* 501 F.2d 639 (2d Cir. 1974); *Thill Securities Corp. v. New York Stock Exchange,* 469 F.2d 14 (7th Cir. 1972); *Walsh v. City of Detroit,* 412 F.2d 226 (6th Cir. 1969).

Appeal dismissed.